IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>vs<br><br>1) LUIS BORRERO-RODRIGUEZ<br>a/k/a Pelón<br>2) DOMINGO TORRES-TORRES<br>a/k/a Papo Pelón<br>**3) NORMA BORRERO-DEYNES**<br>a/k/a Yiyi<br>4) ZULMA TORRES-ORTIZ<br>5) ENRIQUE TORRUELLA-TORRES<br>a/k/a Kike<br><br>Defendant | CRIMINAL 06-0350CCC |

# O R D E R

Having considered the Report and Recommendation filed on April 15, 2008 (**docket entry 180**) on a Rule 11 proceeding of co-defendant Norma Borrero-Deynes held before Magistrate Judge Camille L. Vélez-Rivé on April 10, 2008, to which no opposition has been filed, the same is APPROVED. Accordingly, the plea of guilty of co-defendant Norma Borrero-Deynes is accepted. The Court FINDS that her plea was voluntary and intelligently entered with awareness of her rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since April 10, 2008. The **sentencing hearing is set for July 29, 2008 at 4:15 PM.**

SO ORDERED.

At San Juan, Puerto Rico, on April 30, 2008.

S/CARMEN CONSUELO CEREZO
United States District Judge